STEVEN R. DOLBOW *v.* SANDRA W. DOLBOW
(8038)

O'CONNELL, CRETELLA and LAVERY, Js.
Argued June 18—decision released June 27, 1990

*Bobbi Silver,* with whom, on the brief, were *Anthony A. Piazza, Glen A. Canner* and *Shelagh M. Neary,* for the appellant-appellee (plaintiff).

*Philip M. French,* for the appellee-appellant (defendant).

PER CURIAM. The judgment is affirmed.